Noe Torres Salazar and his wife, Hipolita Trejo Estrada, natives and citizens of Mexico, petition pro se for review of a decision of the Board of Immigration Appeals ("BIA") upholding an immigration judge's order denying their application for cancellation of removal.

We lack jurisdiction to review the discretionary determination that petitioners have failed to show exceptional and extremely unusual hardship to their qualifying relatives. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005). Petitioners' contention that the IJ and the BIA failed to adequately consider and weigh all the evidence of hardship does not raise a colorable due process claim. *Id.* ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.")

**PETITION FOR REVIEW DISMISSED.**

---

Juan Manual Aguirre DE LA CRUZ; et al., Petitioners,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 07–72616.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 22, 2008.

Juan Manual Aguirre De La Cruz, Lynwood, CA, pro se.

Maria Teresa Aguirre, Lynwood, CA, pro se.

OIL, Stacy S. Paddack, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juan Manual Aguirre De La Cruz and his wife, Maria Teresa Aguirre, natives and citizens of Mexico, petition pro se for

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

review of a decision of the Board of Immigration Appeals ("BIA") upholding an immigration judge's order denying their application for cancellation of removal.

We lack jurisdiction to review the discretionary determination that petitioners have failed to show exceptional and extremely unusual hardship to their qualifying relatives. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005). Petitioners' contention that the IJ and the BIA failed to adequately consider and weigh all the evidence of hardship does not raise a colorable due process claim. *Id.* ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.